IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

LYNN BILLMAN, RUSSELL ALHOLM and RONALD SCHROEML,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to The Great Northern Railroad Co.,

Defendant.

CIVIL ACTION NO. 00-~~2109 MJD/RLE~~ 2381 RHK/RLE

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been compromised and settled between plaintiffs and Defendant The Burlington Northern and Santa Fe Railway Company, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 1/31, 2003.

By ______________________
Mark J. Fellman, #28782
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651) 225-5600

FILED FEB 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 04 2003
DEPUTY CLERK

John D. Roven (Texas ID No. 17327900)
JOHN ROVEN & ASSOCIATES, P.C.
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

Counsel for Plaintiffs

Dated: 1/29, 2003.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
Attorneys for Defendant The Burlington Northern
and Santa Fe Railway Company
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
(651) 223-8000

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 2/4/03

BY THE COURT

______________________
JUDGE OF U. S. DISTRICT COURT

s:\billman, lynn\pleading\stip dism.doc\tw