IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

LYNN BILLMAN, RUSSELL ALHOLM and RONALD SCHROEML,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to The Great Northern Railroad Co.,

Defendant.

CIVIL ACTION NO. 00-2381 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party may without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 2/20/03

By [signature]
Mark J. Fellman (#28782)
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651)-225-5600

Dated: 2/18/03

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson (#203294)
Attorney for Defendant
325 Cedar Street, Suite 600
St. Paul, MN 55101
(651) 292-3346

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

and

John D. Roven, Esq.
Roven, Kaplan & Wells, L.L.P.
2190 North Loop West
Suite 410
Houston, TX 77018
713-465-8522

Attorneys for Plaintiffs

**ORDER**

On reading and filing the attached Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits with prejudice and without costs or disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:

BY THE COURT:

CHARLES R. WEINER
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
4/15/2003

s:\billman, lynn\pleading\stip dism fed.doc\tw